AYMARA LEDEZMA (SBN 306017)
E-Mail: aledezma@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501
Attorneys for Defendant
ARTIE, LLC

Joseph R. Manning, Jr., Esq. (SBN 223381)
MANNING LAW, APC
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Telephone: (949) 200-8755
DisabilityRights@manninglawoffice.com
Attorneys for Plaintiff,
SUZANNE NA PIER

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>                Plaintiff,<br><br>    v.<br><br>ARTIE, LLC, a California limited liability company, and DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO.: 8:21-cv-00438-JLS-DFM<br><br>*Assigned to District Judge Josephine L. Stanton and Magistrate Judge Douglas F. McCormick*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 8, 2021<br>Trial Date: None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff SUZANNE NA PIER ("Plaintiff") and Defendant ARTIE, LLC ("Defendant"), by and through their counsel of record, have reached a settlement in this matter and are presently finalizing and executing the formal settlement

1 | documents. The appropriate motions and/or stipulation of dismissal will be
2 | promptly filed upon execution of a final settlement agreement.

Dated: May 19, 2021                     Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: */s/ Aymara Ledezma*
Aymara Ledezma
Attorney for Defendant
ARTIE, LLC

Dated: May 19, 2021                     **CENTER FOR DISABILITY ACCESS**

By: */s/ Joseph R. Manning, Jr.*
Joseph R. Manning, Jr. Esq.
Attorney for Plaintiff
SUZANNE NA PIER

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On May 19, 2021 I served the foregoing document entitled **JOINT NOTICE OF SETTLEMENT;** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Joseph R. Manning, Jr., Esq., MANNING LAW, APC 20062 SW Birch Street, Ste. 200 Newport Beach, CA 92660<br><br>Telephone: (949) 200-8755 | Attorneys for Plaintiff SUZANNE NA PIER.<br><br><br>E-Mail: DisabilityRights@manninglawoffice.com |

☒ **[by ELECTRONIC SUBMISSION]** – I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed May 19, 2021 at Los Angeles, California.

Karla Gonzalez
Print Name

By: _____
Signature