JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Suzanne Na Pier, | ) Case No. 8:21-cv-00438-JLS (DFMx) |
| Plaintiff(s), | ) ORDER STAYING ACTION PENDING FINAL |
| | ) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF |
| | ) DISMISSAL |
| Artie, LLC, et al, | ) |
| Defendant(s). | ) |

On May 19, 2021, Plaintiff filed a Notice of Settlement (Doc. 16), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload.  The case will not be reopened absent a written showing of good cause filed within thirty (30) days of this order.

The parties shall file a Stipulation of Dismissal no later than June 18, 2021 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

Until the Dismissal Date, the Court retains full jurisdiction over this action.


IT IS SO ORDERED.

DATED: May 21, 2021

JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE