1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>ARTIE, LLC, a California limited liability company, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 8:21-cv-00438-JLS-DFM<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Suzanne Na Pier ("Plaintiff") and Artie, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 22, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE